NATHAN A. CRANE (UT Bar No. 10165) *admitted pro hac vice*
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
E-mail: nac@scmlaw.com

*Attorney for Defendant Gary Bringhurst*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY WAYNE BRINGHURST,<br><br>Defendant. | **NOTICE OF LETTERS ON BEHALF OF GARY BRINGHURST IN SUPPORT OF HIS SENTENCING HEARING**<br><br>Case No. 1:13-CR-45<br><br>Judge B. Lynn Winmill |

Defendant Gary Bringhurst, by and through undersigned counsel, hereby files the attached letters in support of Gary for purposes of the sentencing hearing scheduled for December 15, 2014.  The letters are attached as Exhibit A

DATED this 10th day of December, 2014.

                                                   **SNOW, CHRISTENSEN & MARTINEAU**

                             By:      */s/ Nathan A. Crane*
                                      NATHAN A. CRANE
                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2014, a true copy of the foregoing **NOTICE OF LETTERS ON BEHALF OF GARY BRINGHURST IN SUPPORT OF HIS SENTENCING HEARING** was electronically filed with the Clerk of the Court using the CM/ECF System to the following:

>Raymond Patricco
>Mark Williams
>U.S. Attorney's Office
>800 East park Blvd., Suite 600
>Boise, Idaho 83712-1211

*/s/ MKuroski*

3076306