CRIMINAL PROCEEDINGS - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill          Date: 12/15/2014
Case No. **1:13-cr-45-BLW**    Deputy Clerk: Jamie Gearhart
Place: Boise                   Reporter: Tammy Hohenleitner
                               Time: 1:39 - 3:05 p.m.


UNITED STATES OF AMERICA vs GARY BRINGHURST

Counsel for United States: Mark Williams, Raymond Patricco, and Justin Whatcott

Counsel for Defendant: Nathan Crane and Randall Barnum

Probation: Brent Flock

(X) The Court reviewed the case history.
(X) Counsel made sentencing recommendations to the Court.
(X) Jackie Auguston and Suzanne Bringhurst spoke on the defendant's behalf.
(X) Defendant made remarks on his own behalf.
(X) The Court overruled the defendant's objections to the Presentence Report.
(X) The Court adopted the Presentence Report and addendum.
(X) The Court granted the Government's motion for 3rd point reduction for acceptance of responsibility.
(X) The Court granted the Government's request for a 6 level downward departure.
(X) Court addressed 3553(a) factors and finds grounds to sentence below the guideline range.

SENTENCE: Defendant is hereby placed on probation for a term of 5 years.

The defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

The Court finds that the defendant does not have the ability to pay a fine, therefore the fine is waived.

The amount of restitution and payment schedule is deferred.

All payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., Boise, ID 83724.

The defendant shall be confined in the custody of the Bureau of Prisons for an intermittent term of confinement for 30 consecutive

days, followed by 15 consecutive weekends to be served at Davis County Justice Center, 800 West State Street, Farmington, Utah 84025, beginning on January 20, 2015. Further, the defendant shall report to the designated facility at 6:00 p.m. each Friday evening and will be released at 6:00 p.m. each Sunday evening.

The defendant shall not commit another federal, state, or local crime.

The defendant poses a low risk of future substance abuse and the Court shall suspend immediate drug testing.

The defendant shall not possess a firearm, ammunition, destructive device or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall pay any special assessment or other financial obligation that is imposed by this judgment in accordance with the Schedule of Payments as ordered by the Court.

The defendant shall comply with all general and special terms of probation, and all standard conditions of probation, as outlined in the judgment in a criminal case, to be filed by this Court. The defendant shall also comply with the following special conditions of probation.

The defendant shall not be employed in any capacity related to billing; receiving money; conducting wire transfers; providing investment advice; trading in the stock and commodities markets for others; or given fiduciary responsibility of any kind, nor shall the defendant perform any unpaid or volunteer activities in this area during the term of probation without the permission of the probation officer.

The defendant shall submit his or her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

(X) Defendant advised of penalties for violation of terms and conditions of probation.

(X) Right to appeal explained.