UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY BRINGHURST,<br><br>Defendant. | Case No. 1:13-cr-00045-BLW<br><br>ORDER |

The Court is in the process of determining the amount of restitution it will order in this matter. "For orders of restitution under [the MVRA], the court shall order the probation officer to obtain and include in its presentence report, or in a separate report, as the court may direct, information sufficient for the court to exercise its discretion in fashioning a restitution order." 18 U.S.C. § 3664(a). "The report shall include . . . information relating to the economic circumstances of [the] defendant." Id. Here, the PSR provided the Court with certain information regarding the defendant's economic circumstances, but not enough for the Court to properly exercise its discretion in fashioning the restitution order.

Accordingly, the Court orders the defendant's probation officer to prepare a separate report regarding the defendant's economic circumstances. The Court authorizes the defendant's probation officer to conduct a full financial investigation regarding the

defendant's ability to pay restitution. The Court further orders the defendant to comply with his probation officer's investigation.

**IT IS ORDERED.**

DATED: January 7, 2015

B. Lynn Winmill
Chief Judge
United States District Court