UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY BRINGHURST,<br><br>        Defendant. | Case No. 1:13-cr-00045-BLW<br><br>**RESTITUTION ORDER** |

      The primary goal of the Mandatory Victim Restitution Act is to make victims whole. *U.S. v. Gordon*, 393 F.3d 1044, 1048 (9th Cir. 2004). District courts are to engage in an expedient and reasonable restitution process, with uncertainties resolved with a view toward achieving fairness to the victim." *Id*. Here, the Court ordered restitution for Bringhurst at his sentencing hearing, but the Court did not have enough information to determine the appropriate amount. Accordingly, the Court asked the parties to file a brief supporting their position on restitution. The Court also ordered probation to prepare a supplemental report regarding Bringhurst's economic circumstances pursuant to 18 U.S.C. §3664(a). The Court has now received and reviewed those documents.

      The Court has determined that it will order Bringhurst to pay $300,000.00 in restitution. The Court has determined that this amount accurately reflects Bringhurst's level of contribution to the victims' loss, as well as the economic circumstances of

**RESTITUTION ORDER - 1**

Bringhurst and the defendants in the related case. 18 U.S.C. §3664(h). Moreover, the Court will offset the $300,000.00 ordered here with the $300,000.00 Bringhurst paid the trustee in the related civil proceeding. 18 U.S.C. §3664(j)(2).

**IT IS SO ORDERED**.

DATED: January 28, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court