UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br>GARY BRINGHURST,<br><br>                    Defendant. | Case No. 1:13-cr-00045-BLW<br><br>**ORDER** |

The Court has before it Defendant Gary Bringhurst's Motion to Terminate Probation (Dkt. 73). A court may terminate a term of probation after the expiration of one year of probation in the case of a felony if the court "is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. 3564(c). Mr. Bringhurst was sentenced on December 15, 2014 and has fulfilled more than one year of his probation.

However, although Mr. Bringhurst has done well on probation, the Court finds that it would not be in the interest of justice to terminate probation after Mr. Bringhurst has served less than 2 years of his 5-year term of probation. The Court recognizes Mr. Bringhurst's position with his company. But given Mr. Bringhurst's conviction, the Court

**ORDER - 1**

finds that he should continue to be monitored by a probation officer. Mr. Bringhurst should work with his probation officer on ways to fulfill his work responsibilities while complying with the conditions of probation set by the Court.

**IT IS HEREBY ORDERED:**

1. Defendant Gary Bringhurst's Motion to Terminate Probation (Dkt. 73) is **DENIED**.



DATED: October 19, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**